COX FRICKE
A Limited Liability Law Partnership LLP

JOACHIM P. COX            7520-0
   jcox@cfhawaii.com
RANDALL C. WHATTOFF        9487-0
   rwhattoff@cfhawaii.com
KAMALA S. HAAKE           9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

LISA WOODS MUNGER         3858-0
   lmunger@goodsill.com
CHRISTINE A. TERADA       10004-0
   cterada@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 547-5600
Facsimile:   (808) 547-5880

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| Steven and Autumn Hayes, Brandon and Joelle Potter, Christopher and Jillarie Hernandez, Jacob and Sommer Olson, Faisal and Katie Rizvi, Steven and Andrea Tholen, Stephanie and Morris Watson, Gary and Sarah | CIVIL NO. 17-00047 JMS-RLP<br><br>JOINT STATUS REPORT OF THE PARTIES; CERTIFICATE OF SERVICE |

Weber, Lucia and Jose Lopez, Chad
Kelly, Marvin and Ashley Norcross,

                Plaintiffs,

     vs.

Ohana Military Communities, LLC,
Forest City Residential Management,
Inc.; and DOE Defendants 1-10,

                Defendants.

No Trial Date Set

## JOINT STATUS REPORT OF THE PARTIES

On March 15, 2017, a letter was filed requesting continuation of certain dates until after Judge Kobayashi ruled on three motions in the closely related case of *Kenneth Lake, et al. v. Ohana Military Communities, LLC, et al.*, Civ. No. 16-00555 LEK-KJM ("*Lake*").  Later that same day, Judge Kobayashi issued a written order on two of those motions—Plaintiffs' Motion to Remand and Defendants' Motion to Disqualify Counsel and/or for Sanctions.  Both motions were denied.

The hearing on the third motion—Defendants' Motion to Dismiss— took place on May 22, 2017.  The Court took the motion under advisement and stated that an order would be forthcoming.  Judge Kobayashi indicated that she would issue an EO outlining her ruling, to be followed by a written order with her

reasoning.  That order is likely to have an impact on this case because of the similarity of the complaints.

On March 15, 2017, Defendants filed their Motion to Transfer Related Cases in *Lake* (Dkt. No. 51).  That motion sought an order reassigning the eight cases that are closely related to *Lake* (including this one), to Judge Kobayashi or, in the alternative, Judge Gillmor.

At the hearing on the Motion to Dismiss on May 22, 2017, Judge Kobayashi stated that she was currently considering the issues raised by the Motion to Transfer Related Cases, and was in the process of discussing the motion with Chief Judge Seabright.  Judge Kobayashi stated she was contemplating transferring the eight related cases to herself and Magistrate Judge Mansfield for pre-trial motions and discovery, but leaving the cases with their initially assigned judges for trial.

In light of the forthcoming orders on the Motion to Dismiss and Motion to Transfer Related Cases, both of which are likely to have a substantial impact on this case, the parties jointly request that the Court further delay setting any Rule 16  Scheduling Conference in this case.  The parties propose that a further status report be provided to the Court by July 14, 2017.

DATED:  Honolulu, Hawaiʻi, May 30, 2017.

/s/ Randall C. Whattoff

LISA WOODS MUNGER
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, INC.

DATED:  Honolulu, Hawaiʻi, May 26, 2017.

P. KYLE SMITH
TERRANCE M. REVERE

Attorneys for Plaintiffs